UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:14-cv-90-RLV
(5:11-cr-11-RLV-DSC-1)

| | |
|---|---|
| ADAM JOE LOUIS JORDAN, III, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

This matter is before the Court on Petitioner's Motion for Discovery and Production of Documents, (Doc. No. 10), and on Petitioner's Motion for Reconsideration, (Doc. No. 11), of the Court's prior Order dismissing Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence.

Petitioner's Motion for Reconsideration is denied, as his arguments on the motion are without merit. Furthermore, the Court notes that Petitioner complains that he was not given an opportunity to respond to the Government's Response before the Court entered its order of dismissal. Petitioners do not have the absolute right to file a Reply after the Government has filed a Response to a § 2255 petition. In any event, the Court has considered Petitioner's arguments in his Reply to the Government's Response filed on October 31, 2014, and has found them to be without merit.

**IT IS HEREBY ORDERED** that Petitioner's Motion for Reconsideration, (Doc. No. 11), is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Discovery and Production of

1

Documents, (Doc. No. 10), is **DENIED** as moot.

Finally, the Court notes that Petitioner states in his motion that if the Court denies the motion for reconsideration, he "seeks to give notice of appeal from the judgment entered on October 30, 2014, and would like to make his traverse to the government's response to his 2255 motion apart of the record." (Doc. No. 11 at 3). If Petitioner wishes to appeal this Court's judgment of October 30, 2014, he must file a separate Notice of Appeal in accordance with Rule 4 of the Federal Rules of Appellate Procedure.

Signed: February 6, 2015

Richard L. Voorhees
United States District Judge