UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:14-cv-90-RLV
(5:11-cr-11-RLV-DSC-1)

| | |
|---|---|
| ADAM JOE LOUIS JORDAN, III, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Petitioner's "Motion to Take Judicial Notice Federal Rule of Evidence 201," filed on January 30, 2015. (Doc. No. 12). In support of the motion, Petitioner disputes various aspects of his underlying conviction and sentence.

Petitioner filed the underlying motion to vacate on June 5, 2014, and this Court denied and dismissed the motion to vacate on October 30, 2014. (Doc. No. 7). Because this action has already been dismissed, Petitioner's Motion to Take Judicial Notice Federal Rule of Evidence 201, (Doc. No. 12), is **DENIED** as moot. Alternatively, the motion is denied as an unauthorized successive petition.

Signed: February 12, 2015

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge

-1-